# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **SAMI BELISHA,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 07-00512-WS-B |
| **DAVID O. STREIFF,** *et al.,* | : |
| Respondents. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby **DISMISSED** as moot.

**DONE** this 21st day of November, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE